# IN THE COURT OF APPEALS OF TENNESSEE
## AT JACKSON

## DOUGLAS EDWARD CORDER v. VALERIE JEAN CORDER

**Circuit Court for Shelby County**
**No. 154501-6 R.D.**

---

**No. W2005-01711-COA-R3-CV - Filed November 30, 2006**

---

### PARTIAL DISSENTING OPINION

I am in agreement with the majority's well-written and well-reasoned opinion with one exception. I would not hold that the trial court's requirement for the father to provide financial information to mother constitutes impermissible "support" after the children reach majority. I otherwise concur in the holding.

_____
ALAN E. HIGHERS, JUDGE